IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANFORD I. GOSSMAN, | No.   C05-01501 MJJ |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN L. SHEVELAND | |
| Defendant. | |

On 07/05/2005, the Court denied Plaintiff's Motion for Leave to Proceed in Forma Pauperis and ordered that the filing fee in the amount of $250.00 shall be paid no later than 07/25/2005.   To date, Plaintiff has not complied with this order.

Accordingly, the present action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.  The clerk of the court is directed to close the file.

**IT IS SO ORDERED.**

Dated:      9/13/2005

MARTIN J. JENKINS
United States District Judge